## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLNOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 13 |
| JEFFERSON J. LETANG, | ) Case No 10 B 856 |
| ANNETTE M. LETANG, | ) |
| | ) |
| | ) |
| | ) Judge      Goldgar |
| Debtors. | ) Trustee    Stearns |
| JEFFERSON LETANG AND ANNETTE M. LETANG, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 10 A 71 |
| | ) |
| MORTGAGE ELECTRONIC REGISTRATION | ) |
| SYSTEMS, INC., AS NOMINEE FOR | ) |
| COUNTRYWIDE BANK, N.A.; COUNTYWIDE | ) |
| BANK HOME LOANS, INC., BAC HOME | ) |
| LOANS SERVICING, LP FKA COUNTYWIDE | ) |
| HOME LOANS SERVICING, LP. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST

You are hereby notified that on March 12, 2010 at 10:30 a.m., or as soon thereafter as I may be heard, I will appear before the Honorable Judge A. Benjamin Goldgar or any other Judge sitting in his place and stead at the Park City Branch Court, Courtroom B, 301 Greenleaf Avenue, Park City, Illinois 60085-5725, and I will then and there present the attached: **MOTION FOR DEFAULT AND ENTRY OF JUDGMENT IN FAVOR OF JEFFERSON LETANG AND ANNETTE M. LETANG AND AGAINST ALL DEFENDANTS AS TO ADVERSARY COMPLAINT TO DETEMINE NATURE AND EXTENT OF LIEN AND AVOID JUNIOR MORTGAGE OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTYWIDE BANK HOME LOANS, INC., COUNTYWIDE HOME LOANS, INC. and BAC HOME LOANS SERVICING, LP FKA COUNTYWIDE HOME LOANS SERVICING, LP**

Respectfully Submitted
JEFFERSON LETANG AND ANNETTE M.
LETANG

By:/s/Paul M. Bach
     Paul M. Bach, one of his attorneys
     P.O. Box 1285
     Northbrook, Illinois 60065
     (847) 564-0808
     Attorney No.  06209530

## PROOF OF SERVICE

I, Paul M. Bach, certify that I served this Notice and attached Motion upon all parties, by placing copies of same in an envelope addressed as indicated above and depositing it in the US Mail, proper postage prepaid, at Northbrook, Illinois on February 26, 2010

/s/ Paul M. Bach
     Paul M. Bach

SERVICE LIST

Jefferson J. Letang
Annette M. Letang
14285 W. Forest Drive
Lake Forest, Illinois 60045

Glenn B. Stearns
4343 Commerce Court Suite 120
Lisle Illinois 60532

Mortgage Electronic Registration Systems, Inc.
as Nominee for Countrywide Bank, N.A.
C/O Registered Agent CT Corporation Systems
208 S. LaSalle Street Suite 814
Chicago, IL 60604

R.K. Arnold
President, Mortgage Electronic Registration Systems, Inc
1818 Library Street #300
Reston, VA 20190

William Hultman
Secretary, Mortgage Electronic Registration Systems, Inc
1818 Library Street #300
Reston, VA 20190

Mortgage Electronic Registration Systems, Inc.
P.O. Box 2026
Flint, MI 48501-2026

Countrywide Home Loans, Inc
C/O Registered Agent CT Corporation Systems
208 S. LaSalle Street Suite 814
Chicago, IL 60604

Andrew Gissanger
President, Countrywide Home Loans, Inc
4500 Park Granada
Calbasas CA 91302

Sandor Samuels
Secretary, Countrywide Home Loans, Inc
4500 Park Granada
Calbasas CA 91302

BAC Home Loans Servicing LP fka Countrywide Home Loans Servicing LP
C/O Registered Agent CT Corporation Systems
208 S. LaSalle Street Suite 814
Chicago, IL 60604

BAC Home Loans Servicing LP fka Countrywide Home Loans Servicing LP
4500 Park Granada CH-11
Calbasas CA 91302

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLNOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>    JEFFERSON J. LETANG,<br>    ANNETTE M. LETANG,<br><br><br>        Debtors. | ) Chapter 13<br>) Case No 10 B 856<br>)<br>)<br>) Judge     Goldgar<br>) Trustee   Stearns |

| | |
|---|---|
| JEFFERSON LETANG AND ANNETTE M.<br>LETANG,<br><br>              Plaintiff,<br><br>    -vs-<br><br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC., AS NOMINEE FOR<br>COUNTRYWIDE BANK, N.A.; COUNTYWIDE<br>BANK HOME LOANS, INC., BAC HOME<br>LOANS SERVICING, LP FKA COUNTYWIDE<br>HOME LOANS SERVICING, LP.<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 10 A 71<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR DEFAULT AND ENTRY OF JUDGMENT IN FAVOR OF JEFFERSON LETANG AND ANNETTE M. LETANG AND AGAINST ALL DEFENDANTS AS TO ADVERSARY COMPLAINT TO DETEMINE NATURE AND EXTENT OF LIEN AND AVOID JUNIOR MORTGAGE OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTYWIDE BANK HOME LOANS, INC., COUNTYWIDE HOME LOANS, INC. and BAC HOME LOANS SERVICING, LP FKA COUNTYWIDE HOME LOANS SERVICING, LP

NOW COMES the Plaintiff, JEFFERSON LETANG AND ANNETTE M. LETANG, by and

through her attorneys BACH LAW OFFICES and hereby requests an Order of Default

and Entry of Judgment in favor of Plaintiff, JEFFERSON LETANG AND ANNETTE M.

LETANG and against MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

AS NOMINEE FOR COUNTYWIDE BANK HOME LOANS, INC., COUNTYWIDE HOME

LOANS, INC. and BAC HOME LOANS SERVICING, LP FKA COUNTYWIDE HOME

LOANS SERVICING, LP and states as follows:

1. That the Debtor in the underlying case, JEFFERSON LETANG AND

   ANNETTE M. LETANG filed a Chapter 13 bankruptcy petition on January 12,

   2010 in the Northern District of Illinois, Eastern Division as case number 10 B

   00856.  JEFFERSON LETANG AND ANNETTE M. LETANG are the Plaintiffs

   in this case.

2. That on January 15, 2010, Plaintiff, JEFFERSON LETANG AND ANNETTE

   M. LETANG filed the attached AMENDED ADVERSARY COMPLAINT TO

   DETEMINE NATURE AND EXTENT OF LIEN AND AVOID JUNIOR

   MORTGAGE OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

   INC., AS NOMINEE FOR COUNTYWIDE BANK HOME LOANS, INC.,

   COUNTYWIDE HOME LOANS, INC. and BAC HOME LOANS SERVICING,

   LP FKA COUNTYWIDE HOME LOANS SERVICING, LP.

3. That on January 15, 2010, Plaintiff served Defendants MORTGAGE

   ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR

   COUNTYWIDE BANK HOME LOANS, INC., COUNTYWIDE HOME LOANS,

   INC. and BAC HOME LOANS SERVICING, LP FKA COUNTYWIDE HOME

   LOANS SERVICING, LP via first class mail.  A Proof of Service as to service

   was filed with the Bankruptcy Court.  A copy of which is attached.

4. Defendants, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

   AS NOMINEE FOR COUNTYWIDE BANK HOME LOANS, INC.,

COUNTYWIDE HOME LOANS, INC. and BAC HOME LOANS SERVICING,

LP FKA COUNTYWIDE HOME LOANS SERVICING, LP were required to

answer or otherwise plead by February 22, 2010.

5. Defendants, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

   AS NOMINEE FOR COUNTYWIDE BANK HOME LOANS, INC.,

   COUNTYWIDE HOME LOANS, INC. and BAC HOME LOANS SERVICING,

   LP FKA COUNTYWIDE HOME LOANS SERVICING, LP have not filed an

   appearance or answer to the AMENDED ADVERSARY COMPLAINT TO

   DETEMINE NATURE AND EXTENT OF LIEN AND AVOID JUNIOR

   MORTGAGE OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

   INC., AS NOMINEE FOR COUNTYWIDE BANK HOME LOANS, INC.,

   COUNTYWIDE HOME LOANS, INC. and BAC HOME LOANS SERVICING,

   LP FKA COUNTYWIDE HOME LOANS SERVICING, LP

6. Based on the failure to appear or answer, Defendants, MORTGAGE

   ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR

   COUNTYWIDE BANK HOME LOANS, INC., COUNTYWIDE HOME LOANS,

   INC. and BAC HOME LOANS SERVICING, LP FKA COUNTYWIDE HOME

   LOANS SERVICING, LP have admitted each of the allegations contained in

   the AMENDED ADVERSARY COMPLAINT TO DETEMINE NATURE AND

   EXTENT OF LIEN AND AVOID JUNIOR MORTGAGE OF MORTGAGE

   ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR

   COUNTYWIDE BANK HOME LOANS, INC., COUNTYWIDE HOME LOANS,

   INC. and BAC HOME LOANS SERVICING, LP FKA COUNTYWIDE HOME

LOANS SERVICING, LP.

7.  Plaintiffs, JEFFERSON LETANG AND ANNETTE M. LETANG are entitled  to

Judgment in their favor and against Defendants, against MORTGAGE

ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR

COUNTYWIDE BANK HOME LOANS, INC., COUNTYWIDE HOME LOANS,

INC. and BAC HOME LOANS SERVICING, LP FKA COUNTYWIDE HOME

LOANS SERVICING, LP.

WHEREFORE, Plaintiff, JEFFERSON LETANG AND ANNETTE M. LETANG hereby

requests a finding of Default and a Judgment Order in favor of JEFFERSON LETANG

AND ANNETTE M. LETANG and against MORTGAGE ELECTRONIC REGISTRATION

SYSTEMS, INC., AS NOMINEE FOR COUNTYWIDE BANK HOME LOANS, INC.,

COUNTYWIDE HOME LOANS, INC. and BAC HOME LOANS SERVICING, LP FKA

COUNTYWIDE HOME LOANS SERVICING, LP in accordance of the relief requested in

the Adversary Complaint and for any further relief this court deems just

Respectfully Submitted

/s/Paul M. Bach
Paul M. Bach, one of his attorneys

Paul M. Bach
BACH LAW OFFICES
P.O. Box 1285
Northbrook, IL 60065
847-564-0808